AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Vermont

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Djeneba Bent<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 5:18-cr-61-2 |

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2018 MAY 30 PM 1:20
CLERK
BY_____

2018 MAY 24 PM 4:50

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Djeneba Bent                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  conspiracy to distribute cocaine, LSD, MDMA and marijuana; PWID schedule 1 controlled drugs; money laundering

Date:   05/24/2018

_____
*Issuing officer's signature*

City and state:   Burlington, VT

Lisa Wright, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/24/18 , and the person was arrested on *(date)* 5/30/18
at *(city and state)* _____ .

Date: 5/30/18

_____
*Arresting officer's signature*

David A. Rice
*Printed name and title*

HSI Arrest