SECOND REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                Case No. 5:18-cr-61-2

Djeneba Bent

TAKE NOTICE that the above-entitled case has been rescheduled at 1:30 PM on Friday, August 2, 2019 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for Sentencing.

| | |
|---|---|
| Location: Courtroom 110 | JEFFREY S. EATON, Clerk |
| PREVIOUSLY SCHEDULED<br>7/12/2019 AT 11:00 AM | By: *Pamela J. Lane*<br>Deputy Clerk<br>7/3/2019 |

TO:

Michael P. Drescher, AUSA

David L. McColgin, AFPD

Anne Henry, Court Reporter